IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PINKLEY, INCORPORATED     *

       *

v.     *    Civil No. N-93-397

       *

CITY OF FREDERICK, MARYLAND     *

*****

ORDER

The Fourth Circuit having reversed the judgment previously entered in this case in favor of plaintiff on Count III of the complaint, it is, this 6th day of October 1999

ORDERED

1. The judgment previously entered in favor of plaintiff on Count III is vacated;

2. Count III is dismissed without prejudice for lack of jurisdiction; and

3. The other provisions of the original judgment are incorporated by reference herein.

J. Frederick Motz
United States District Judge